UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK STIRCULA, | ) | Case No.: 1:19 CV 1788 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| LOWE'S HOME CENTERS, LLC, *et al.*, | ) | |
| | ) | |
| Defendant | ) | ORDER OF RECUSAL |

I hereby disqualify myself in proceedings in the above-captioned case pursuant to 28 U.S.C. § 455. The case is returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

*/s/ Solomon Oliver, Jr.*
UNITED STATES DISTRICT JUDGE

August 14, 2019