

# Termination-Report for Frank Stircula

## Associate Information

| | | | |
|---|---|---|---|
| Last Name | Stircula | First Name | Frank |
| Title | Sales Specialist ProServices | Department | 0404~Pro Services |
| Hire Date | 10/17/2005 | Location | 1023 |
| Username | 1368 | Manager | Richard Upshire |

## General Information

Date of Notice: 02/13/2019

Type of Notice: Termination

## Termination Report

**Document excessive and/or unexcused attendance occurrence(s), or Performance/Conduct issues. Include specific date(s), time(s) and a description of the situation below:**

Termination Reason: Frank physically prevented a customer from exiting the building and pursued the individual out into the parking lot. This is a direct violation of company policy.

## Related Information

Case Number:

## Previous Corrective Action Reports

**List previous corrective action reports within the last 12 months**

Report Date #1:
Type of Notice: N/A
Reason: Select One
Report Date #2:
Type of Notice: N/A
Reason: Select One
Report Date #3:
Type of Notice: N/A
Reason: Select One

## Associate Comments

Comments

## Associate Acknowledgement

EXHIBIT 7

LOWES_000193

*By clicking in the checkbox I acknowledge a discussion occurred with my manager on this issue, not necessarily agreement with the content of this report.*

Date:

☐ I agree that a discussion has occurred

## Manager Acknowledgement

*By clicking in the checkbox, I verify a discussion occurred with the associate herein on the attendance, conduct or performance issue defined.*

Date:  02/15/2019

☑ I agree that a discussion has occurred

☑ Associate refused to acknowledge

Delivered by:  Henryco Crawford

## HR Review

***Required for Managers Only:*** Use the Alternate Feedback button to route this report to your HR Representative for approval.

***HR Only:*** Provide comments or approval and send back to the manager for review

Section Comments:

### Comments by // Commentaires de Adja Fall-Diop

Approved